THIS ORDER IS APPROVED.

Dated: August 22, 2018

Scott H. Gan, Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| In re: | Chapter 11 case |
|---|---|
| G6 LIMITED PARTNERSHIP, | No. 4:17-bk-12003-SHG |
| Debtor. | **ORDER GRANTING MOTION TO EXTEND DEADLINES FOR PLAN CONFIRMATION** |

This matter coming before this court pursuant to the Debtor's Motion to Extend Deadlines for Plan Confirmation, the court found on the record during the hearing conducted in this case on August 21, 2018 that based upon the Debtor's disclosure statement that by a preponderance of evidence it is reasonable to believe that plan will be confirmed within reasonable period of time and good cause appearing,

IT IS HEREBY ORDERED THAT the deadlines for plan confirmation arising from 11 U.S.C. §§ 1121(e)(3) and 1129(e) are extended to November 20, 2018.

**DATED AND SIGNED ABOVE**